## *September* Term, 1790.

(p. 119.)

### The STATE *against* JOHN WARE.

#### *On* Habeas Corpus *of Negro* Jethro *(Son of Charity Briggs) claiming his Freedom.*

IT appearing to the Court that the faid Negro Jethro was born on the eighth Day of *September,* 1768, in the County of Cape-May in this State; that his Mother Charity Briggs a (Mulatto Woman) was free at the Time of his Birth—That the faid Charity was by Indenture bound by the Juftices and Overfeers of the Poor of the Lower Precinct of Cape-May to one Nathaniel Fofter, in order to bear the Expences of her having had the Small-Pox—That in the faid Year of 1768, the faid Charity was purchafed by a certain John Connel, fhe

then having the faid Jethro an Infant at her Breaft—
That afterwards the Time of Service of the faid Charity
was fold by Connel to Captain Jonathan Jenkins, and
that fhe the faid Charity took her faid Son with her—
That the faid Jethro her Son, was brought up by Jen-
kins until he was fit for Bufinefs, and then was fold unto
Chriftopher Leaming of the faid County of Cape-May,
who kept the faid Jethro a number of Years, and within
Two Years laft paft fold the faid Jethro unto John Ware
of Cumberland, the Defendant now in Court, for the
Term of Twelve Years and Eight Months, and by Bill
of Sale engaged to warrant the Service of the faid Ne-
gro Jethro for the faid Term.

And the Court having taken the faid Cafe into Confi-
deration, *are unanimoufly of Opinion*, That the faid Jethro
being the Son of a free Woman, and of the Age of
Twenty-one Years, is now entitled to his Freedom, and
do therefore adjudge, that the faid Negro Jethro (other-
wife called *Jethro Briggs)* be difcharged from the Cufto-
dy of the faid John Ware, on the Motion of Jofeph
Bloomfield, Attorney General.